AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

WESTERN DISTRICT OF NEW YORK

FILED U.S. DISTRICT COURT W.D. OF N.Y. 9/25/06 AT ___ O'C ___ M. BY ___ TITLE

UNITED STATES OF AMERICA

v.

HANS STERZELBACH

**CRIMINAL COMPLAINT**
CASE NUMBER: 06-M-1116

**COUNT I**

On or about June 10, 2004, in the Western District of New York, the defendant, HANS STERZELBACH, did knowingly possess visual depictions that had been transported in interstate commerce by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, and such depictions being of minors engaging in such conduct, in that the defendant possessed computer files containing pictures and motion pictures depicting minors engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

I further state that I am a Special Agent with the Federal Bureau of Investigation. This complaint is based upon the facts set forth in the attached affidavit, which is made a part hereof.

STEVEN FORREST
Special Agent
Federal Bureau of Investigation

Sworn to before me this
25th day of September, 2006.

HONORABLE LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

**AFFIDAVIT OF STEVEN FORREST**

I, Steven Forrest, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed for approximately eight and one half (8 ½) years. I am currently assigned to the FBI's Innocent Images National Initiative which targets individuals involved in the online sexual exploitation of children and have been involved in such investigations since June of 2000.

2. I make this affidavit in support of a Complaint against HANS STERZELBACH, DOB 02/13/1942, of Grand Island, New York.

3. The statements contained in this affidavit are based on my experience and background as a Special Agent of the FBI, investigation conducted by myself and other law enforcement personnel and information provided by other FBI Agents specially trained in the seizure and analysis of computers and electronic media. Since this affidavit is being submitted for the limited purpose of seeking a Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that there has been a violation of Title 18,

United States Code, Section 2252 (a)(4)(B) which prohibits the knowing possession of visual depictions of persons under the age of eighteen (18) engaged in sexually explicit conduct which have been produced using materials that have been mailed or shipped or transported, by any means including computer, in interstate or foreign commerce.

**DETAILS OF INVESTIGATION**

4. For the past five (5) years, the Buffalo Division of the FBI has engaged in an undercover operation titled "Innocent Images" which has been used to target individuals who utilize the Internet to sexually exploit children. One of the areas of the Internet investigated as part of this operation has been America Online (AOL) chat rooms. As a result of this investigation, FBI Agents and Task Force Officers assigned to the Innocent Images Initiative have conducted online undercover investigations relating to AOL users involved in the transmission and/or receipt of child pornography, as well as AOL chat rooms commonly used as a forum for such activity. Through your affiant's experience in investigating cases involving the use of AOL chat rooms to sexually exploit children, your affiant is aware that many sexually oriented chat rooms exist within the "Member Created - Special Interests" category and has investigated these rooms for the past four (4) years. It is common for the title of many sexually oriented AOL chat rooms within the

"Member Created - Special Interests" category to be, abbreviated, purposefully misspelled and/or encrypted by inserting or changing one or more letters or numerals, in an effort to disguise the true name of the chat room. This is done many times to disguise the true nature and subject of the chat room.

5. On October 16, 2003, Special Agent (SA) Jacqueline Dougher, while acting in an undercover capacity, utilized AOL to investigate individuals involved in the transmission and/or receipt of child pornography. This activity was conducted from the Buffalo Field Office of the FBI, within the Western District of New York. While signed onto AOL, SA Dougher located and entered a chat room titled "lil todllrs". While in this chat room, SA Dougher sent a message to the chat room indicating that she had videos to trade by stating "room topic vids 2 trade".

6. At approximately 2:23PM, SA Dougher received an Instant Message (IM) from an individual using the AOL screen name UPL8AGAIN32, after which SA Dougher and this individual engaged in an online conversation. The following is the transcript of the conversation had between SA Dougher and AOL screen name UPL8AGAIN32 on October 16, 2003:

**UpL8again32:** i live in grand island....do u really like young girls
[redacted] yeah sure do what ages
**UpL8again32:** i am 56, married, bi too
**UpL8again32:** i love budding mostly

[redacted]yeah same here
**UpL8again32:** do u live alone
**UpL8again32:** i am bi, are you too?
[redacted] im divorced
**UpL8again32:** are u busy to chat now
[redacted] no man just at work gotta b careful
[redacted] not bi but like vids/pics of boys or girls
[redacted]u n 2 tradin?
**UpL8again32:** i love video...would love to meet a similar guy and exchange
**UpL8again32:** do u have young video?
[redacted]: very
**UpL8again32:** how young are your vvideo and or do u just have pics?
[redacted] have vids no pics and pre mostly
**UpL8again32:** any blowing guys?
[redacted] yeah a couple
**UpL8again32:** would u entertain the thought of letting me watch with u?...ever???
**UpL8again32:** i am afraid to download...i am so fucking real....and in need of seeing young suck
[redacted] yeah i might but have 2 know ur 4 real don't want 2 get in trouble
[redacted]u know what i mean?
**UpL8again32:** i am so real...a guy like u haveing young video is like a dream...wanna know what...i had 2 video of Vicky...10 yrs old sucking...i erased them because i was terrified
[redacted] if u send me a vid that u still have i will consider setting up a "viewing" if that works 4 u
**UpL8again32:** how can i convince you i am real.....if i haven't already....i do have one video i can send ubut she is maybre 16 to 18
**UpL8again32:** or pics of young....budding...i have a few
[redacted] send the pics don't care about 16 u know u and i r on the same sheet of music
**UpL8again32:** do u JO to the videos?....how often?
[redacted] yeah sure like 2 trade and look
**UpL8again32:** i sent one...let me know
[redacted] k
[redacted] sorry didnt get it did u already send or sending now?
**UpL8again32:** is it there
[redacted]no not yet
**UpL8again32:** shit...now what...send me a blank mail
[redacted]: ok
[redacted]ok its sent
**UpL8again32:** now....who did i send the pic to
[redacted] lol hard 2 keep track sometimes
**UpL8again32:** i can't attach...type your s/n in caps
[redacted]
**UpL8again32:** thats what i typed
[redacted] don't know never had that prob w/ email
**UpL8again32:** SENT AGAIN
**UpL8again32:** ?
**UpL8again32:** AM I IN TROUBLE
[redacted] got it
[redacted] no, why wud u b in trouble??
**UpL8again32:** THAT THE AGE FOR YOU?
[redacted] yeah works 4 me any action shots?
**UpL8again32:** MAY i phone u or u phone me?
**UpL8again32:** can we meet....
**UpL8again32:** i absolutely want to see video of young
[redacted] not at work but mayb at home
**UpL8again32:** when
[redacted] hang on one sec
**UpL8again32:** please be real and sincere...ii can't tell u how long i have looked for a local guy
[redacted] no man im 4 real

[redacted] just got the boss hangin around
**UpL8again32:** how old r u
[redacted] how bout around 5-whats ur number?
36 how old r u
**UpL8again32:** did my pic to u build some trust?
**UpL8again32:** i am 56
**UpL8again32:** i am in great shape...i think
[redacted] yeah ur pic built trust big time
**UpL8again32:** i do'nt want to lose u now...but i have to go soon....may i phone u?...when?....when could we meet and share?
**UpL8again32:** will u send a pic budding and let me send another
[redacted] i have 2 go 2 a meeting don't know how long its going 2 last can i call u when i get back?
should b round 5 or so
**UpL8again32:** my wife will be home...u can call tomorrow...if u give a specific time
[redacted] ok that'il work when is she not home?
**UpL8again32:** can u send a pic for my trust
**UpL8again32:** can u phone at 10 am
[redacted]: after we talk if thats cool then ill know just tryin 2 b careful
**UpL8again32:** exactly
[redacted] 10 am is perfect
**UpL8again32:** can u msend one pic now
**UpL8again32:** before i give number
**UpL8again32:** my name is tom
[redacted] i have the vids with me now pic cd is at home thats why just trading vids 2day
**UpL8again32:** how many vids u have
[redacted] quite a few and a nice selection
**UpL8again32:** oh shit...and wow
**UpL8again32:** could u maybe let me seee some during the weekend
[redacted] yeah sure not a problem
**UpL8again32:** call me tomorrow....exactly at 10 a.m......868-3070....if i say i have NO FLATBED trailer available then you know I cannot talk....OKI
[redacted] sounds good ok lookin forward 2 it
my names bill
**UpL8again32:** can u send a vid now ...a short one
**UpL8again32:** shortest uj have
[redacted] not without more pics usually send vid for 4 pics
**UpL8again32:** then u have to wait...wife will be home soon....i better go...
[redacted] cause the vids r hot-wud u rather boys or girls or does it matter?
**UpL8again32:** trust me...i trust u
[redacted] oh ok got it . you got it man talk 2 morrow!
**UpL8again32:** girls
[redacted] ok
**UpL8again32:** 10 a m
**UpL8again32:** whats ur name
[redacted] 10 am
bill
**UpL8again32:** bye
[redacted] ltr

7. At approximately 2:33PM, SA Dougher had received an e-mail from AOL screen name UPL8AGAIN32 which had one image attached thereto. The image depicted a prepubescent female in

the nude.

8. SA Dougher subsequently served an Administrative Subpoena on AOL requesting subscriber information for the screen name UPL8AGAIN32. As a result, AOL provided the following information to SA Dougher concerning the subscriber to this screen name:

| | |
|---|---|
| NAME: | HANS STERZELBACH |
| ADDRESS: | 39 Central Square, #205<br>Keene, NH 03431 |
| PHONE#: | Day or Evening 716-868-3070 |
| SCREEN NAMES: | kjspp; kjssmimi; upl8again32 |
| MEMBER SINCE: | 12-17-1999 |
| AOL ACCT#: | 046-8937-518 |

9. Based on the fact that AOL subscriber information indicated that the user of AOL screen name UPL8AGAIN32 may reside in the State of New Hampshire, SA Dougher subsequently provided this information to the Boston Division of the FBI, which is responsible for the State of New Hampshire, for further investigation. As a result, the Boston Division determined that STERZELBACH did not reside in New Hampshire anymore and may have returned to Grand Island, New York.

10. Between October 2003 and June of 2004, FBI Agents and Task Force Officers (TFO) assigned to the Buffalo Field Office's

Innocent Images undercover operation engaged in online contact with AOL screen name UPL8AGAIN32, during which the trading of child pornography was discussed on numerous occasions. However, on none of these occasions did the individual using the AOL screen name UPL8AGAIN32 transmit child pornography to law enforcement personnel assigned to this operation.

11. On June 10, 2004, while acting in an undercover capacity, your affiant signed onto AOL to investigate individuals involved in the receipt and transmission of child pornography. While in the AOL chat room titled "yng2345678", your affiant sent a message to the chat room which stated "vids of room topic to trade."

12. At approximately 9:37AM, your affiant received an IM from an individual using the AOL screen name UPL8AGAIN32 which stated "do u have vicky/alicia". As a result of your affiant's six years of experience investigating child pornography cases, I was aware that "vicky" and "alicia" referred to videos which depict prepubescent females engaging in sexually explicit conduct. After receiving this IM from AOL screen name UPL8AGAIN32, your affiant and this individual engaged in an online conversation. The following is the transcript of the conversation had between your affiant and AOL screen name UPL8AGAIN32 on June 10, 2004:

**UpL8again32 [9:37 AM]:** do u have vicky/alicia

**UpL8again32 [09:57 AM]:** i don't any more....it was her and another girl....black and white video....a guy had just cum it looked like

[REDACTED] **[09:58 AM]:** oh i have one with her and another guy it is a little grainy though

**UpL8again32 [09:58 AM]:** does the guy cum?

[REDACTED] **[09:58 AM]:** yep

**UpL8again32 [09:58 AM]:** where?

[REDACTED] **[09:59 AM]:** face

**UpL8again32 [09:59 AM]:** dee dee has nice tits...perfectage for me

**UpL8again32 [09:59 AM]:** would u send it to me?

[REDACTED] **[09:59 AM]:** so u like 13 best?

**UpL8again32 [09:59 AM]:** yes yes

[REDACTED] **[09:59 AM]:** u ever been with 13?

**UpL8again32 [09:59 AM]:** how old do u really think dee dee is

[REDACTED] **[09:59 AM]:** she looks like 11-12 to me

**UpL8again32 [09:59 AM]:** i was with my wife.....haha...we were both 15 when first had sex...that was all

[REDACTED] **[10:00 AM]:** how old u think she is

**UpL8again32 [10:00 AM]:** dee dee has nice tits....i would guess more like 14

[REDACTED] **[10:00 AM]:** maybe so

[REDACTED] **[10:00 AM]:** i think she might be a little younger in the vid i have

**UpL8again32 [10:01 AM]:** i can't send any video to u....how do u feel about sending....i don't mind if u say no....i know the rules

[REDACTED] **[10:01 AM]:** how come u cant send?

**UpL8again32 [10:01 AM]:** i deleted my entire file a week ago

[REDACTED] **[10:01 AM]:** why did u have visitors?

**UpL8again32 [10:02 AM]:** that's one thing....the other is that i get guilty feelings sometimes...and also just plain scared to keep

[REDACTED] **[10:02 AM]:** i understand

**UpL8again32 [10:03 AM]:** if u are really like me...then i guess u do understand...i wish i had a friend to see now and then and show videos together...trust completely

[REDACTED] **[10:03 AM]:** that would be cool

**UpL8again32 [10:04 AM]:** there are so many vidoes out there.....but most i get are not exactly what i like....i guess i am picky

[REDACTED] **[10:04 AM]:** lol

**UpL8again32 [10:05 AM]:** did u tell me if u are bi or not

[REDACTED] **[10:05 AM]:** im not

**UpL8again32 [10:05 AM]:** k....some are

**UpL8again32 [10:06 AM]:** would u send that dee dee to me...or something like her

[REDACTED] **[10:06 AM]:** sure but u got nothin to send right? that just scares me a little

**UpL8again32 [10:07 AM]:** i have a pic....3 girls....they are from 12 to 14 it looks like

[REDACTED] **[10:07 AM]:** what r they doin?

**UpL8again32 [10:07 AM]:** posing

[REDACTED] **[10:07 AM]:** they nude?

**UpL8again32 [10:08 AM]:** yes...I'll send it

[REDACTED] **[10:08 AM]:** k

**UpL8again32 [10:09 AM]:** sent

[REDACTED] **[10:09 AM]:** k

**UpL8again32 [10:11 AM]:** any good to u?

[REDACTED] **[10:11 AM]:** yeah how old u think the 1st girl is?

**UpL8again32 [10:11 AM]:** i was wondering that too

**UpL8again32 [10:12 AM]:** 12

**UpL8again32 [10:12 AM]:** hard to say

[REDACTED] **[10:12 AM]:** yeah 12-13 was what i thinkin?

**UpL8again32 [10:12 AM]:** of the 3...which was best to u

████ **[10:12 AM]**: i liked them all lol how about U?
**UpL8again32 [10:13 AM]**: haha....yes
**UpL8again32 [10:13 AM]**: do u feel ok to send a video
████ **[10:13 AM]**: yes just give me a couple of mins and ill send the dee u don't have
**UpL8again32 [10:14 AM]**: i may have seen it...i don't want to waste my one chance....what else do u have
████ **[10:15 AM]**: i have vicki alicia andina lucy r@ygold
**UpL8again32 [10:15 AM]**: how old is that last one?...any cum scene in it?
████ **[10:15 AM]**: what r@ygold?
**UpL8again32 [10:16 AM]**: or lucy
████ **[10:16 AM]**: i think lucy is a little young for u she is like 8-9
████ **[10:17 AM]**: u still have any of the vicki vids on ur comp?
**UpL8again32 [10:18 AM]**: no...sorry..i can get them though
**UpL8again32 [10:18 AM]**: what is that r@gold?
████ **[10:18 AM]**: how could u get them?
████ **[10:18 AM]**: r@ygold is like a series of diff vids?
**UpL8again32 [10:19 AM]**: what ages?
**UpL8again32 [10:19 AM]**: anjy cum scenes?
████ **[10:19 AM]**: yes they r ages like 5-13
**UpL8again32 [10:20 AM]**: i really want to see girls budding...sucking....or penetrations.....just send me something if its ok with u...i really want to masterbate
████ **[10:20 AM]**: ok
████ **[10:20 AM]**: i hope ur not at work lol
**UpL8again32 [10:20 AM]**: haha...i like u...how old r u
████ **[10:21 AM]**: 37/m and u
**UpL8again32 [10:21 AM]**: 57 m
████ **[10:21 AM]**: oh u retired?
**UpL8again32 [10:22 AM]**: semi
████ **[10:22 AM]**: im steve by the way
████ **[10:22 AM]**: in Virginia here
**UpL8again32 [10:22 AM]**: i sent a pic
**UpL8again32 [10:22 AM]**: Tom,,,buffalo ny
████ **[10:22 AM]**: cool i have some friends in Buffalo
████ **[10:23 AM]**: they live in place called Orchard Park
**UpL8again32 [10:23 AM]**: i know it well
**UpL8again32 [10:23 AM]**: i am getting a video now called exploited teens
████ **[10:23 AM]**: cool u close to there
████ **[10:23 AM]**: what ages r they
**UpL8again32 [10:23 AM]**: 20 miles
████ **[10:24 AM]**: cool
**UpL8again32 [10:24 AM]**: don't know yet
**UpL8again32 [10:24 AM]**: will u send something too
████ **[10:24 AM]**: maybe i come visit u when i come up there
**UpL8again32 [10:24 AM]**: did u see the last pic i sent?
████ **[10:24 AM]**: yes
**UpL8again32 [10:24 AM]**: visit me?.....my wife would wonder why?
████ **[10:24 AM]**: i guess ur right lol
**UpL8again32 [10:24 AM]**: do u also jerk off a lot
████ **[10:25 AM]**: sure
████ **[10:25 AM]**: what one did u want me to send?
**UpL8again32 [10:25 AM]**: ever eat it..your cum i mean
████ **[10:25 AM]**: no
████ **[10:25 AM]**: u?
**UpL8again32 [10:26 AM]**: yoiur choice...but i have seen vicky and alicia....i heard there is a vicky out where she is older....with titties...but doubt u have that...yes i have tasted mine

████ [10:26 AM]: i might have that one i have a bunch
████ [10:26 AM]: did u look at that teen 1 yet?
UpL8again32 [10:27 AM]: yes...she looks to be 14 or so...nice...i just saw the beginning...ca't wait to complete
████ [10:27 AM]: how long is it?
UpL8again32 [10:28 AM]: if u have any of vicky and she is starting to get tits...i want that....the one i am downloading is long it seems
████ [10:28 AM]: k
████ [10:28 AM]: brb
UpL8again32 [10:33 AM]: should i wait
████ [10:34 AM]: hey im back sorry had to go to the bathroom
UpL8again32 [10:35 AM]: smiling here....ok
UpL8again32 [10:35 AM]: just send something over 12
████ [10:35 AM]: lol i guess u didnt need to no where i had gone
████ [10:35 AM]: ok
UpL8again32 [10:36 AM]: u seem so open and honest....its refreshing
████ [10:36 AM]: thanks i don't see a reason not to be u know
UpL8again32 [10:36 AM]: are u married
████ [10:36 AM]: divorced
UpL8again32 [10:36 AM]: sorry...do u date often
████ [10:37 AM]: no not really
████ [10:37 AM]: spend to much time on the comp lol
UpL8again32 [10:37 AM]: have u ever thought of bi
████ [10:37 AM]: no not really
UpL8again32 [10:37 AM]: k
████ [10:37 AM]: when did u get into younger?
UpL8again32 [10:38 AM]: shit...years ago i guess....i have never really touched
████ [10:38 AM]: never really?? or never?
UpL8again32 [10:38 AM]: will u send plz
UpL8again32 [10:38 AM]: when i was 14 i got a girl 8 or so to suck me
████ [10:38 AM]: im sending u andina as we speak
UpL8again32 [10:39 AM]: how old is she
████ [10:39 AM]: she is about 12 with dad
████ [10:39 AM]: bj and penetration
UpL8again32 [10:39 AM]: is he pounding her?
UpL8again32 [10:39 AM]: hope i have not seen it
████ [10:39 AM]: vid is about 6minutes long
UpL8again32 [10:39 AM]: does she have any hair or tits yet
████ [10:39 AM]: good quality with sound
████ [10:39 AM]: barely
████ [10:39 AM]: but yes
UpL8again32 [10:40 AM]: wow...great
████ [10:40 AM]: yes it is very nice
UpL8again32 [10:40 AM]: I'll send "exploited teen"
████ [10:40 AM]: k u got more pics or no?
UpL8again32 [10:40 AM]: no...just the new video
████ [10:40 AM]: k
UpL8again32 [10:41 AM]: i did not receive...u may have to use my mail to send it
████ [10:41 AM]: i got some guys i trade with a lot so I will tell them u r a solid trader k
UpL8again32 [10:41 AM]: i have a great guy in arizona...he does not mind if i give his name out either....he has sooooooooooooooo many
UpL8again32 [10:42 AM]: did u try to send to me yet?
████ [10:42 AM]: sorry had to upload cuz i don't have that one on forward
████ [10:42 AM]: says 4min left

**UpL8again32 [10:42 AM]:** k
[REDACTED] **[10:42 AM]:** guy in AZ had young?
**UpL8again32 [10:42 AM]:** had?
[REDACTED] **[10:43 AM]:** did he get rid of his vids?
[REDACTED] **[10:43 AM]:** does he have young vids?
**UpL8again32 [10:43 AM]:** oh, no...he has them....he has a long list he sends to
**UpL8again32 [10:43 AM]:** yes he does
[REDACTED] **[10:43 AM]:** sorry for the confusion
[REDACTED] **[10:43 AM]:** his he a good guy?
**UpL8again32 [10:44 AM]:** me too....u may have to use my mail to send to me...ok
**UpL8again32 [10:44 AM]:** he is trustworthy
[REDACTED] **[10:44 AM]:** cool
**UpL8again32 [10:44 AM]:** maybe he is in Vegas...
[REDACTED] **[10:44 AM]:** yeah who knows right lol
**UpL8again32 [10:44 AM]:** did u JO today?
[REDACTED] **[10:44 AM]:** not yet
**UpL8again32 [10:44 AM]:** same
**UpL8again32 [10:45 AM]:** i am going to wait for your video to JO
[REDACTED] **[10:45 AM]:** lol ok it says 2min left
**UpL8again32 [10:45 AM]:** do u like 5 yr old blow jobs
[REDACTED] **[10:45 AM]:** sure
[REDACTED] **[10:45 AM]:** u have one?
**UpL8again32 [10:46 AM]:** i had 2...deleted
[REDACTED] **[10:46 AM]:** bummer lol
**UpL8again32 [10:46 AM]:** i know.....they are alll gone...honest
[REDACTED] **[10:46 AM]:** i believe u
**UpL8again32 [10:47 AM]:** i had some great blow jobs too....some older girls...like 20...but man can some girls give head
[REDACTED] **[10:47 AM]:** send anything u think i will like and i will do the same
**UpL8again32 [10:47 AM]:** ok....are u ready to send that video
[REDACTED] **[10:47 AM]:** u got mail
[REDACTED] **[10:49 AM]:** u there?
[REDACTED] **[10:49 AM]:** r u sendin anythin else?
**UpL8again32 [10:49 AM]:** back
**UpL8again32 [10:50 AM]:** that video i got is not that young...she looks maybe 15...could be 20...who knows...sorry
**UpL8again32 [10:51 AM]:** sent
**UpL8again32 [10:51 AM]:** i best go to work for a bit.....the vid u sent may take a while
[REDACTED] **[10:51 AM]:** its ok just send when u get good stuff ok
[REDACTED] **[10:52 AM]:** u work out of the house or gotta go to office?
**UpL8again32 [10:52 AM]:** house
[REDACTED] **[10:52 AM]:** must be nice
**UpL8again32 [10:52 AM]:** are u circumsized
[REDACTED] **[10:52 AM]:** lol
[REDACTED] **[10:52 AM]:** yes
**UpL8again32 [10:52 AM]:** yup
[REDACTED] **[10:52 AM]:** got any good pics for me before u go
**UpL8again32 [10:52 AM]:** i am not....guess u can tell i am bi
[REDACTED] **[10:52 AM]:** yes i can tell lol
**UpL8again32 [10:52 AM]:** none...honest
[REDACTED] **[10:53 AM]:** k ty anyway im steve by the way
**UpL8again32 [10:53 AM]:** did u say there is a cum scene in what u sent
[REDACTED] **[10:53 AM]:** yes
**UpL8again32 [10:53 AM]:** i am tom
**UpL8again32 [10:53 AM]:** where?
[REDACTED] **[10:53 AM]:** k nice to meet u tom

[REDACTED] **[10:53 AM]**: at the end like 5mins in
**UpL8again32 [10:53 AM]**: on her face?
[REDACTED] **[10:53 AM]**: yes
[REDACTED] **[10:53 AM]**: bfn
[REDACTED] **[10:53 AM]**: have fun working lol
**UpL8again32 [10:53 AM]**: can u see his cock actually going into her pussy
[REDACTED] **[10:54 AM]**: yes
**UpL8again32 [10:54 AM]**: wonderful
**UpL8again32 [10:54 AM]**: tahnks
[REDACTED] **[10:54 AM]**: lol
[REDACTED] **[10:54 AM]**: ur welcome
**UpL8again32 [10:54 AM]**: bye
[REDACTED] **[10:54 AM]**: bye
**UpL8again32 [10:54 AM]**: do u havea pic of you?
[REDACTED] **[10:55 AM]**: no sorry do u?
[REDACTED] **[10:55 AM]**: i don't wanna scare people off lol
**UpL8again32 [10:55 AM]**: no....ii can't view what u sent....something about a format
[REDACTED] **[10:55 AM]**: how did u try to open it?
**UpL8again32 [10:56 AM]**: through my "mail"
[REDACTED] **[10:56 AM]**: try downloading all the way
[REDACTED] **[10:56 AM]**: how old is ur comp and what type is it?
[REDACTED] **[10:57 AM]**: u there?
**UpL8again32 [10:57 AM]**: 1 yr lap top
[REDACTED] **[10:57 AM]**: did u dl all the way
**UpL8again32 [10:57 AM]**: no...i am impatient
**UpL8again32 [10:57 AM]**: i want to cum
[REDACTED] **[10:57 AM]**: lol well be patient TOM
**UpL8again32 [10:58 AM]**: would u send more when u can
[REDACTED] **[10:58 AM]**: yes i will
[REDACTED] **[10:58 AM]**: u do the same ok
**UpL8again32 [10:58 AM]**: i will send all i get
[REDACTED] **[10:58 AM]**: k ty
**UpL8again32 [10:58 AM]**: bye
[REDACTED] **[10:58 AM]**: bye
**UpL8again32 [11:12 AM]**: sorry to bother u...
[REDACTED] **[11:13 AM]**: whats up?
**UpL8again32 [11:13 AM]**: i can't view it...can u send something else now...i really need to JO
[REDACTED] **[11:13 AM]**: ok give me a couple of minutes lol
[REDACTED] **[11:13 AM]**: sorry to leave u hangin
**UpL8again32 [11:13 AM]**: please hurry...
[REDACTED] **[11:14 AM]**: what is wrong with ur comp why wont it open it?
**UpL8again32 [11:14 AM]**: don't know...I'll work on it....butg send now...please
[REDACTED] **[11:14 AM]**: yikes ok
**UpL8again32 [11:15 AM]**: u know the feelling...ok
[REDACTED] **[11:15 AM]**: lol
**UpL8again32 [11:15 AM]**: send dee dee then
[REDACTED] **[11:15 AM]**: ok
**UpL8again32 [11:15 AM]**: do ui have to download that too
[REDACTED] **[11:15 AM]**: yes
**UpL8again32 [11:15 AM]**: whatever takes the least time for u to send
[REDACTED] **[11:15 AM]**: ok.
[REDACTED] **[11:17 AM]**: k i am sendin dee and desi will take a few mins
[REDACTED] **[11:17 AM]**: i hope ur not scammin for vids
**UpL8again32 [11:17 AM]**: no way

**[redacted] [11:18 AM]**: ok
**UpL8again32 [11:18 AM]**: i did send to u....
**[redacted] [11:19 AM]**: i know but vid was of like a 60 year old lol
**UpL8again32 [11:19 AM]**: i thinkn so too...and she was NOT young
**[redacted] [11:19 AM]**: no way lol
**UpL8again32 [11:19 AM]**: nice tits though...i love light colored areola
**[redacted] [11:24 AM]**: there u go pls don't screw me k
**[redacted] [11:24 AM]**: if u got somethin good send my way
**UpL8again32 [11:24 AM]**: i promise...i am not a jerk
**[redacted] [11:25 AM]**: i know ur not thanks
**[redacted] [11:25 AM]**: bye

13. At approximately 10:09AM on June 10, 2004, your affiant received an e-mail from AOL screen name UPL8AGAIN32 which had three (3) images attached thereto. After reviewing these images, it appeared to your affiant that at least two (2) of the attached images depicted minor females with their genitalia exposed in a lascivious manner.

14. At approximately 10:22AM, your affiant received an e-mail from AOL screen name UPL8AGAIN32 which had one image attached thereto which depicted what appears to be adults engaging in sexual activity.

15. At approximately 10:50AM, your affiant received an e-mail from AOL screen name UPL8AGAIN32 which had a video file attached thereto which depicted what appears to be adults engaging in sexual activity.

16. At approximately 10:46AM EDT, your affiant sent this individual an e-mail with a corrupted file attached thereto which

was titled "andinar@ygold(1)-2part.avi".  This file was purposely corrupted so that the recipient of same is unable to open the file.

17.  At approximately 11:24AM EDT, your affiant sent this individual an e-mail with a corrupted file attached thereto which was titled "deedesi-1play.avi".  This file is purposely corrupted so that the recipient of same is unable to open the file.

18.  After this online contact with AOL screen name UPL8AGAIN32, and the numerous contacts that had preceded same, your affiant decided to contact the telephone number listed on the subscriber information obtained from AOL by SA Jacqueline Dougher (see paragraph 21) regarding AOL screen name UPL8AGAIN32. The telephone number in question was 716-868-3070.  Upon contacting this telephone number, the individual answering the telephone identified himself as HANS STERZELBACH. STERZELBACH advised that he was in Grand Island, New York and was willing to meet with your affiant for the purpose of being interviewed.

19.  Your affiant and SA Kenneth Jensen subsequently met with STERZELBACH at a Tim Horton's coffee shop located in Grand Island, New York on June 10, 2004. STERZELBACH acknowledged that shortly before the interview he was using the Internet, and was signed online using the AOL screen name UPL8AGAIN32. STERZELBACH admitted

that he had used this screen name to transmit images to your affiant's undercover screen name. STERZELBACH stated that he had done this through the use of a laptop computer from his mother's home.

20. STERZELBACH stated that he felt guilty for what he has been doing and that last week he had deleted the child pornography he had from his computer. STERZELBACH estimated that he had two or three videos of child pornography and four or five still images of child pornography presently located on his computer.

21. STERZELBACH stated that for the previous one-two years he had been trading child pornography on the Internet through the use of AOL. STERZELBACH stated that he was not sure how many images he might have accumulated in that time period, but did not believe that it would exceed 100. STERZELBACH stated that his age preference in regard to child pornography was 12-18 years of age, and that he did not like images of children under those ages.

22. When asked if he was willing to allow the interviewing Agents to view the laptop computer he had used, STERZELBACH stated that he was willing to do this and that the computer was located in his motor home.

23. STERZELBACH then departed the area and returned shortly thereafter. STERZELBACH provided your affiant and SA Jensen with a Toshiba brand laptop. At this time an FBI "Consent to Search" (FD-26) form was prepared for the Toshiba laptop and then signed by STERZELBACH authorizing the search of this computer.

24. During a cursory search of the computer, SA Jensen located a video on the computer which appeared to depict a child engaging in sexually explicit conduct. Thereafter, STERZELBACH was advised that the computer was going to be seized based upon the fact that child pornography was located on the computer.

25. STERZELBACH was provided with a "Receipt for Property" for the Toshiba Laptop and was advised that a forensic exam of the computer would be conducted after which he would be contacted by the FBI.

26. A forensic examination of STERZELBACH's computer resulted in the locating of six (6) videos which appeared to depict children engaging in sexually explicit conduct. These video files are further described as follows.

| | TITLE | CONTENT | LENGTH |
|---|---|---|---|
| 1 | - Vicky Compilation(14m58s)(1).asf | Appears to depict a prepubescent female engaging in various sexual acts with an adult male to include oral, anal and vaginal sex. | 14:58 |

| | | | |
|---|---|---|---|
| 2 | vvy r@ygold style alicia-8.mpg | Appears to depict a prepubescent female performing oral sex on an adult male. | 00:17 |
| 3 | movie2_rm_.rm | Appears to depict a prepubescent female with her genitalia exposed in a lascivious manner. | 00:30 |
| 4 | movie29.mpeg | Appears to depict a prepubescent female with her genitalia exposed in a lascivious manner. | 00:12 |
| 5 | movie32.mpeg | Appears to depict a prepubescent female with her genitalia exposed in a lascivious manner. | 00:29 |
| 6 | NCserie15.avi | Appears to depict an adult male engaging in vaginal intercourse with a prepubescent child. | 00:10 |

27. The hard drive from the Toshiba laptop on which the above referenced videos were located has been observed by your affiant to bear a sticker thereon which indicates that the hard drive was "Made in Philippines".

**CONCLUSION**

28. Based upon the above information, I believe probable cause exists to believe that HANS STERZELBACH has violated Title 18, United States Code, Section 2252 (a)(4)(B) which prohibits the knowing possession of visual depictions of persons under the age of eighteen (18) engaged in sexually explicit conduct which have been produced using materials that have been mailed or shipped or transported, by any means including computer, in interstate or foreign commerce.

Steven Forrest
Special Agent
Federal Bureau of Investigation

Sworn to before me this
25th day of September, 2006

HONORABLE LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE