# United States District Court

_____WESTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA
v.
HANS STERZELBACH

**WARRANT FOR ARREST**

CASE NUMBER: 06-M — 1116

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____HANS STERZELBACH_____
                                              Name

and bring him forthwith to the nearest magistrate judge to answer a

( )Indictment ( )Information ( X )Complaint ( )Order of Court ( )Violation Notice ( )Probation Violation Petition

charging him with    (brief description of offense)

possession of child pornography

**FILED**
U.S. DISTRICT COURT
W.D. of N.Y.
1/3/07
AT____ O'C____ M.
BY____
TITLE____

in violation of Title ___18___ United States Code, Section(s) __2252(a)(b)(4)(B)__

HON. LESLIE G. FOSCHIO
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

September 26, 2006; Buffalo, NY
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12-28-06 | STEVEN FORREST SPECIAL AGENT, FBI | [signature] |